# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D19-0357

———————————————

MONTRAIL COOK,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

———————————————

Petition for Belated Appeal—Original Jurisdiction.

March 28, 2019

PER CURIAM.

Because Petitioner seeks a belated appeal of an order entered in a civil proceeding, the petition for belated appeal is denied. *See Powell v. Fla. Dep't of Corr.*, 727 So. 2d 1103 (Fla. 1st DCA 1999).

ROBERTS, RAY, and JAY, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Montrail Cook, pro se, Petitioner.

Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Respondent.